AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 United States Code, Section 922(g)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

*E-filing*

PENALTY: Maximum Term of Imprisonment of Ten Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of Three Years; and
Mandatory Special Assessment of $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ SIMI IULIO

DISTRICT COURT NUMBER
CR 10 0168 JSW

FILED
MAR - 9 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    BENJAMIN P. TOLKOFF

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal ☐ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
SAN FRANCISCO COUNTY

Has detainer been filed?  ☐ Yes  ☒ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge: Hon. Edward M. Chen

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

## CR 10 0168 JSW

UNITED STATES OF AMERICA,

V.

SIMI IULIO

*E-filing*

DEFENDANT(S).

---

## INDICTMENT

VIOLATIONS: 18 U.S.C. Section 922(g)(1) - Felon in Possession of Firearm; 18 U.S.C. Section 924(d) - Forfeiture of Firearms

A true bill.

_____
Foreman

Filed in open court this 9th day of March 2010

**BETTY P. LEE**
Clerk

No Bail Warrant

Bail $

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney



E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | CR 10 0168 |
| Plaintiff,                        ) | VIOLATIONS: 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm; |
| v.                                ) | 18 U.S.C. § 924(d) – Forfeiture of Firearms |
| SIMI IULIO,                       ) | SAN FRANCISCO VENUE |
| Defendant.                        ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE: 18 U.S.C.§ 922(g)(1) - Felon in Possession of Firearm

On or about December 25, 2009, in the Northern District of California, the defendant,

SIMI ILUIO,

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, specifically a Norinco brand, 7.62 caliber rifle, serial number D2136, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

INDICTMENT

1 | Forfeiture Allegation:

2 As a result of the foregoing offense, alleged in Count One, the defendant shall forfeit to
3 the United States the firearm and ammunition involved in the commission of the violation of
4 Title 18, United States Code, Section 922(g)(1), all in violation of Title 18, United States Code,
5 Section 922(g)(1), Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED:
March 9, 2010

A TRUE BILL.

_/s/_ FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: _/s/_)
BENJAMIN P. TOLKOFF
Assistant United States Attorney

INDICTMENT                                        2