# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

Date:   August 5, 2010                                       Time in Court: 3 mins.

Case No.  CR-10-168   JSW              Judge:  Jeffrey S. White

United States of America   v.   Simi Iulio
                                 **Defendant**
                                 Present ( x ) Not Present (  ) In-Custody ( x )

    Ben Tolkoff                              Jodi Linker
    U.S. Attorney                        Defense Counsel

**Deputy Clerk: Susan Imbriani**          **Court Reporter: Jim Yeomans**

### PROCEEDINGS

REASON FOR HEARING:  __Status Conference_____
_____
_____

RESULT OF HEARING:  _____


Case Continued to _09/02/10 @ 2:30 pm__ for _Change of Plea/Trial Setting


**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**




cc: JJO, JSW