UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTE ORDER

Date: September 23, 2010      Time in Court: 25 minutes

Case No. CR-10-168 JSW        Judge: Jeffrey S. White

United States of America v. Simi Iulio
                            Defendant
                            Present ( X ) Not Present ( ) In-Custody ( X )

Ben Tolkoff                   Jodi Linker
U.S. Attorney                 Defense Counsel

Deputy Clerk: Jennifer Ottolini    Court Reporter: Margo Gurule

FILED
SEP 2 3 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROCEEDINGS

REASON FOR HEARING: Status Conference / Setting

RESULT OF HEARING:   The Defendant is sworn.
The Court voir dired the Defendant re: Change of Plea
The Defendant pled guilty to Count 1 of the Indictment in violation of 18 USC § 922(g)(1), Felon in Possession of a Firearm.

The Court accepted the plea of guilty.
The Plea Agreement is ordered filed.
The Court reserved ruling on acceptance of the plea agreement pending receipt of a probation report.

The Defendant is referred to the US Probation Office for the preparation of a pre-sentence report.

The Defendant remains in U. S. Marshal custody.


Case Continued to 1-13-11 at 2:30 p.m. for Judgment and Sentencing